UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **JAMES MICHAEL HENDERSON**, | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) Case No.: 2:19-cv-02466 |
| **BUTLER TRANSPORT, INC.,** | ) ) ) |
| **Defendant,** | ) ) ) |

## JOINT DESIGNATION OF MEDIATOR

Pursuant to the Court's Scheduling Order, Plaintiff James Michael Henderson and Defendant Butler Transport, Inc., by and through their respective counsels, jointly designate the following mediator:

1. Name of Outside Mediator: Joe Eischens of Eischens Mediation Services, LLC, 8013 Park Ridge Drive, Parkville, Missouri 64152, (816) 945-6393.

2. Date, Time, and Place of Mediation: February 5, 2020 at 9:30am, Holman Schiavone, 4600 Madison Avenue, Suite 810, Kansas City, Missouri 64112.

1

Respectfully submitted,

| | |
|---|---|
| **HOLMAN SCHIAVONE, LLC** | **SEYFERTH BLUMENTHAL & HARRIS LLC** |
| */s/Ashley H. Atwell-Soler*_____ | */s/ Linda A. Adeniji*_____ |
| Ashley H. Atwell-Soler, KS Bar 24047 | Paul D. Seyferth, KS Bar 16837 |
| 4600 Madison Avenue, Suite 810 | Linda A. Adeniji, KS Bar 27348 |
| Kansas City, Missouri 64112 | 4801 Main St., Ste. 310 |
| (816) 283-8738 Phone | Kansas City, MO 64112 |
| (816) 283-8739 Fax | (816) 756-0700 Phone |
| aatwell@hslawllc.com | (816) 756-3700 Fax |
| | paul@sbhlaw.com |
| And | linda@sbhlaw.com |
| | |
| Heather J. Hardinger, KS Bar 25649 | *Attorneys for Defendant* |
| 503 One Main Plaza | |
| 4435 Main Street | |
| Kansas City, Missouri 64111 | |
| (816) 444-8500 Phone | |
| (816) 444-8508 Fax | |
| hhardinger@meyerslaw.com | |

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of this document was filed via the Court's CM/ECF electronic filing system, which electronically sent notice on December 18, 2019 to:

    Ashley H. Atwell-Soler, KS Bar 24047
    HOLMAN SCHIAVONE, LLC
    4600 Madison Avenue, Suite 810
    Kansas City, Missouri 64112
    (816) 283-8738 Phone
    (816) 283-8739 Fax
    aatwell@hslawllc.com

    And

    Heather J. Hardinger, KS Bar 25649
    503 One Main Plaza
    4435 Main Street
    Kansas City, Missouri 64111
    (816) 444-8500 Phone
    (816) 444-8508 Fax
    hhardinger@meyerslaw.com

    **ATTORNEYS FOR PLAINTIFF**

    */s/ Linda A. Adeniji*
    **Attorney for Defendant**